UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>Plaintiff,<br><br>v.<br><br>PIERSTON, et al.,<br><br>Defendants. | Case No. 19-cv-08039-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO COMPLETE IN FORMA PAUPERIS APPLICATION**<br><br>Re: Dkt. No. 5 |

Plaintiff's request for an extension of time to complete his *in forma pauperis* application is GRANTED. By January 31, 2020, plaintiff shall submit the proper *in forma pauperis* application form. The Court is already in receipt of the required Certificate of Funds in Prisoner's Account and prisoner trust account statement. *See* Dkt. No. 3. To complete the *in forma pauperis* application, plaintiff need only complete the proper *in forma pauperis* application form and submit that form to the Court. The Clerk shall send petitioner a blank copy of the Court's prisoner *in forma pauperis* application along with a postage paid return envelope.

This order terminates Dkt. No. 5.

**IT IS SO ORDERED.**

Dated: December 26, 2019

*/s/ Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

GUILLERMO TRUJILLO CRUZ,

    Plaintiff,

v.

PIERSTON, et al.,

    Defendants.

Case No. 19-cv-08039-HSG

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 26, 2019, I SERVED a true and correct copy(ies) of the **attached and blank copy of the Court's prisoner *in forma pauperis* application**, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Guillermo Trujillo Cruz ID: AA2974
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532

Dated: December 26, 2019

                                          Susan Y. Soong
                                          Clerk, United States District Court

                                          By:_____
                                          Nikki D. Riley, Deputy Clerk to the
                                          Honorable HAYWOOD S. GILLIAM, JR.