UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PIERSTON, et al.,<br><br>　　　　Defendants. | Case No. 19-cv-08039-HSG<br><br>**JUDGMENT** |

　　For the reasons set forth in the Order of Dismissal, this action is DISMISSED without prejudice.  Judgment shall be entered in favor of defendant and against plaintiff.

　　**IT IS SO ORDERED AND ADJUDGED.**

Dated:   4/29/2020

　　　　　　　　　　　　　　　　　　　　／s／ Haywood S. Gilliam, Jr.
　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge